| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| |
| Stern Lavinthal & Frankenberg LLC |
| 105 Eisenhower Parkway - Suite 302 |
| Roseland, NJ 07068 |
| Telephone Number (973) 797-1100 |
| Telecopier Number (973) 228-2679 |
| Email: mcozzini@sternlav.com |
| Attorneys for Secured Creditor, |
| **Nationstar Mortgage LLC d/b/a Mr. Cooper** |
| By: Maria Cozzini, Esq. |

Order Filed on August 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 20-18076-CMG |
| --- | --- |
| Steven L. Christian | Chapter: 7 |
| | Hearing Date: |
| Monique Z. Christian | Judge: Christine M. Gravelle |
| Debtor(s) | |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: August 12, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

-14-

(Page 2)
Debtor: Steven L. Christian and Monique Z. Christian
Case No.: 20-18076-CMG
Caption of Order: **Order Vacating Automatic Stay**

---

Upon the Motion of Nationstar Mortgage LLC, on behalf of itself and its successors and/or assigns (hereinafter collectively °Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Land and premises commonly known as **11 Dartmouth Ave Apt 3B, Bridgewater, NJ 08807**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

```
United States Bankruptcy Court
       District of New Jersey
```

In re:                                                              Case No. 20-18076-CMG
Steven L. Christian                                                 Chapter 7
Monique Z. Christian
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Aug 12, 2020
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2020.
db/jdb          +Steven L. Christian,   Monique Z. Christian,   29 Bellacone Avenue,
                 Bridgewater, NJ 08807-3213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2020 at the address(es) listed below:
              Andrew T. Shaw    on behalf of Debtor Steven L. Christian andrewtukeshaw@hotmail.com
              Andrew T. Shaw    on behalf of Joint Debtor Monique Z. Christian andrewtukeshaw@hotmail.com
              Brian C. Nicholas    on behalf of Creditor    Towd Point Mortgage Trust 2019-SJ2, U.S. Bank
               National Association, as Indenture Trustee bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Lauren  Moyer    on behalf of Creditor    Weichert Financial Services lmoyer@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Maria  Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7