UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Steven and Monique Christian

Case No.: 20-18076

Chapter: 7

Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

Karen E. Bezner, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle, U.S.B.J. on October 13, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
11 Dartmouth Avenue, Apartment 3B,
Bridgewater, New Jersey,
valued at $170,000.00

Liens on property:
Mr. Cooper, $134,000.00
SPS, $36,604.00

Amount of equity claimed as exempt: $50,300.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner

Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.: (908) 322-8484

*rev.8/1/15*

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 20-18076-CMG
Steven L. Christian                                                 Chapter 7
Monique Z. Christian
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                 Page 1 of 1            Date Rcvd: Sep 14, 2020
                              Form ID: pdf905             Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2020.
```
db/jdb       +Steven L. Christian,   Monique Z. Christian,    29 Bellacone Avenue,
               Bridgewater, NJ 08807-3213
518882108    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bank of America,    PO Box 982234,    El Paso, TX 79998-2234)
518882112     First Premier Bank,    PO Box 5524,   Sioux Falls, SD 57117-5524
518882113    +Macy's,   ATTN:   Bankruptcy Processing,    PO Box 8053,   Mason, OH 45040-8053
518882114    +Mr. Cooper,    8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
518884891    +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518882115     PSE&G,   ATTN:   Sunrise Credit Services,    PO Box 9100,   Farmingdale, NY 11735-9100
518882118     Weichert Financial Services,    1 Corporate Drive, Ste. 360,    Lake Zurich, IL 60047-8945
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2020 23:39:46      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2020 23:39:45      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518882109     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 14 2020 23:41:36      Capital One,
               PO Box 30285,   Salt Lake City, UT 84130-0285
518882110     E-mail/Text: bk.notifications@jpmchase.com Sep 14 2020 23:39:35      Chase Auto Finance,
               PO Box 901076,   Fort Worth, TX 76101-2076
518882111     E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 14 2020 23:41:34      Chase Bank USA,
               PO Box 15298,   Wilmington, DE 19850
518882116    +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 14 2020 23:40:13      Quest Diagnostics,
               ATTN:   Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
518882117    +E-mail/Text: jennifer.chacon@spservicing.com Sep 14 2020 23:40:22
               Select Portfolio Servicing,   ATTN: Bankruptcy Dept.,   PO Box 65250,
               Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2020 at the address(es) listed below:
```
              Andrew T. Shaw    on behalf of Joint Debtor Monique Z. Christian andrewtukeshaw@hotmail.com
              Andrew T. Shaw    on behalf of Debtor Steven L. Christian andrewtukeshaw@hotmail.com
              Brian C. Nicholas    on behalf of Creditor    Towd Point Mortgage Trust 2019-SJ2, U.S. Bank
               National Association, as Indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Lauren Moyer    on behalf of Creditor    Weichert Financial Services lmoyer@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```