UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Steven and Monique Christian

Case No.: 20-18076
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __November 10, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
29 Bellacone Avenue
Bridgewater, New Jersey
valued at $322,000.00

Liens on property:
Weichert Financial
$280,253.00

Amount of equity claimed as exempt:  $50,300.00

Objections must be served on, and requests for additional information directed to:

Name:    Karen E. Bezner, Trustee   /s/  Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Steven L. Christian  
Monique Z. Christian  
    Debtor(s)

Case No. 20-18076-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 09, 2020 | Form ID: pdf905 | Total Noticed: 15 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven L. Christian, Monique Z. Christian, 29 Bellacone Avenue, Bridgewater, NJ 08807-3213 |
| 518882108 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 518882113 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, ATTN: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 518882112 | | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 518882114 | + | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 518884891 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518882115 | | PSE&G, ATTN: Sunrise Credit Services, PO Box 9100, Farmingdale, NY 11735-9100 |
| 518882118 | | Weichert Financial Services, 1 Corporate Drive, Ste. 360, Lake Zurich, IL 60047-8945 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 09 2020 22:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2020 22:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518882109 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 09 2020 21:59:35 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518882110 | | Email/Text: bk.notifications@jpmchase.com | Oct 09 2020 22:06:00 | Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| 518882111 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 09 2020 21:59:07 | Chase Bank USA, PO Box 15298, Wilmington, DE 19850 |
| 518882116 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 09 2020 22:07:00 | Quest Diagnostics, ATTN: Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518882117 | + | Email/Text: jennifer.chacon@spservicing.com | Oct 09 2020 22:08:00 | Select Portfolio Servicing, ATTN: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Monique Z. Christian, 29 Bellacone Avenue, Bridgewater, NJ 08807-3213 |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 09, 2020 | Form ID: pdf905 | Total Noticed: 15 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2020           Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew T. Shaw | on behalf of Joint Debtor Monique Z. Christian andrewtukeshaw@hotmail.com |
| Andrew T. Shaw | on behalf of Debtor Steven L. Christian andrewtukeshaw@hotmail.com |
| Brian C. Nicholas | on behalf of Creditor Towd Point Mortgage Trust 2019-SJ2  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Karen E. Bezner | Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Lauren Moyer | on behalf of Creditor Weichert Financial Services lmoyer@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Maria Cozzini | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8